# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10479
_____

The National Rifle Association of America, Incorporated,

*Plaintiff—Appellee,*

versus

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol Tobacco and Firearms*; United States Department of Justice; Merrick Garland, *U.S. Attorney General*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1471

_____

United States Court of Appeals
Fifth Circuit
**FILED**
October 3, 2024
Lyle W. Cayce
Clerk

ORDER:

IT IS ORDERED that appellee's unopposed motion to hold this appeal in abeyance is GRANTED. This case is in abeyance until an opinion (as distinguished from the mandate) has been issued in No. 24-10743, *Mock v. Garland*.

_____
Jerry E. Smith
*United States Circuit Judge*