# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10479

United States Court of Appeals
Fifth Circuit

**FILED**

October 30, 2024

Lyle W. Cayce
Clerk

---

THE NATIONAL RIFLE ASSOCIATION OF AMERICA,
INCORPORATED,

*Plaintiff—Appellee,*

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES;
STEVEN DETTELBACH, *in his official capacity as Director of the Bureau of Alcohol Tobacco and Firearms*; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, *U.S. Attorney General,*

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1471

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of October 30, 2024, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT